

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-25-00061-CV

| | | |
|---|---|---|
| ADITYA BUSINESS, INC., SIDDHIVINAYAK BUSINESS, INC., DIPTI CHOKSI, AND JIGNSEHKUMAR SHAH, Appellants | § | On Appeal from the 352nd District Court |
| | § | of Tarrant County (352-347809-23) |
| V. | § | August 28, 2025 |
| BRAD HALL & ASSOCIATES, INC., Appellee | § | Memorandum Opinion by Justice Wallach |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Mike Wallach_____
Justice Mike Wallach